**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6824**

_____

MICHAEL STEVEN SAYKO,

                                        Plaintiff - Appellant,

        versus

RICHARD A. LANHAM, SR.; J. JOSEPH CURRAN, JR.;
ALAN D. EASON; MARLENE LOUGAR; J. HEMLER;
KATHY GRANT; STACE DONOHOO,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-96-1055-AW)

_____

Submitted:  August 22, 1996        Decided:  September 5, 1996

_____

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Steven Sayko, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sayko v. Lanham</u>, No. CA-96-1055-AW (D. Md. Apr. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>